HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PATRICK KASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00208-ADA-BAM |
|---|---|
| Plaintiff, | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL; ORDER |
| vs. | |
| PATRICK KASPER, | |
| Defendant. | |

Assistant Federal Defender Griffin Estes, counsel for defendant Patrick Kasper in the above-captioned case, hereby moves this Court for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent Defendant Patrick Kasper. This motion is based on the following facts:

1. On October 18, 2023, the Court appointed the Office of the Federal Defender to represent Defendant Patrick Kasper. *See* Dkt. #7.

2. On November 7, 2023, the Federal Defender's Office became aware of a conflict involving this case.

3. The Panel Administrator in the Federal Defender's Office is immediately prepared to panel Mr. Kasper's case based upon this declaration of conflict, awaiting an order by this Court relieving the Federal Defender's Office.

For the above reason, present counsel requests that this Court relieve the Federal Defender's Office of its duties as counsel of record and that the Court appoint CJA counsel to represent Defendant Patrick Kasper in this matter. The case is presently scheduled for status conference on January 24, 2023.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 7, 2023

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
PATRICK KASPER

**O R D E R**

IT IS HEREBY ORDERED.

Date: 11/8/2023

*Sheila K. Oberto*
Sheila K. Oberto
United States Magistrate Judge