PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. PATRICK KASPER, Defendant. | Case No. 1:23-CR-00208-NODJ-BAM  **STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER**  Date: March 27, 2024 Time: 1:00 p.m. Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED between the parties that the status conference set for January 24, 2024, at 1:00 p.m., can be continued to March 27, 2024, at 1:00 p.m. The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations. The parties agree that time shall be excluded through March 27, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: January 16, 2024

　　　　　　　　　　　　　　　　　　*/s/ Ernest Kinney*
　　　　　　　　　　　　　　　　　　ERNEST KINNEY
　　　　　　　　　　　　　　　　　　Counsel for Patrick Kasper


　　　　　　　　　　　　　　　　　　*/s/ Arelis M. Clemente*
　　　　　　　　　　　　　　　　　　ARELIS M. CLEMENTE
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00208-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PATRICK KASPER, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for January 24, 2024, at 1:00 p.m. is hereby continued to **March 27, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through March 27, 2024, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **January 17, 2024**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE