PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:23-CR-00208-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER** |
| v. | Date; September 11, 2024 Time: 1:00 p.m. |
| PATRICK KASPER, | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference set for May 22, 2024, at 1:00 p.m., can be continued to September 11, 2024, at 1:00 p.m.  The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations.  The parties agree that time shall be excluded through September 11, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  May 14, 2024

*/s/ Richard A. Beshwate Jr.*
RICHARD A. BESHWATE JR.
Counsel for Patrick Kasper

*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  1:23-CR-00208-NODJ-BAM |
| Plaintiff, | ORDER |
| v. | |
| PATRICK KASPER, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for May 22, 2024, at 1:00 p.m. is hereby continued to **September 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through September 11, 2024, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   __May 14, 2024__          _____/s/ Barbara A. McAuliffe_____
                                                    UNITED STATES MAGISTRATE JUDGE