PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00208-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE: AND ORDER** |
| v. | Date; November 13, 2024 |
| PATRICK KASPER, | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED between the parties that the status conference set for September 11, 2024, at 1:00 p.m., can be continued to November 13, 2024, at 1:00 p.m. The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations. The parties agree that time shall be excluded through November 13, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: September 3, 2024

*/s/ Richard A. Beshwate Jr.*
RICHARD A. BESHWATE JR.
Counsel for Patrick Kasper


*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  ARELIS M. CLEMENTE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4041
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9  IN THE UNITED STATES DISTRICT COURT

10  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA        Case No.  1:23-CR-00208-NODJ-BAM

13           Plaintiff,              ORDER
         v.
14
    PATRICK KASPER,
15
             Defendant.
16

17

18  Upon the parties' stipulation and for good cause shown, the status conference currently

19  scheduled for September 11, 2024, at 1:00 p.m. is hereby continued to **November 13, 2024, at**

20  **1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act,

21  18 U.S.C. § 3161 et seq., is excluded through September 11, 2024, pursuant to 18 U.S.C. §§

22  3161(h)(7)(A) and 3161(h)(7)(B)(iv).

23  IT IS SO ORDERED.

24

25  Dated:  **September 4, 2024**         /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28