PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00208-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO EXCLUDE TIME THROUGH THE NEXT STATUS CONFERENCE SET ON NOVEMBER 13, 2024: AND ORDER** |
| v. | Date; November 13, 2024 |
| PATRICK KASPER, | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED between the parties that time shall be excluded through the next status conference set on November 13, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv). The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations.

Dated: September 4, 2024

                                                                            */s/ Richard A. Beshwate Jr.*
                                                                            RICHARD A. BESHWATE JR.
                                                                            Counsel for Patrick Kasper

                                                                            */s/ Arelis M. Clemente*
                                                                            ARELIS M. CLEMENTE
                                                                            Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00208-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PATRICK KASPER, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through November 13, 2024, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **September 5, 2024**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE