PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00208-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE: AND ORDER** |
| v. | Date; January 22, 2025 |
| PATRICK KASPER, | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

   IT IS HEREBY STIPULATED between the parties that the status conference set for November 13, 2024, at 1:00 p.m., can be continued to January 22, 2025, at 1:00 p.m. The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations. The parties agree that time shall be excluded through January 22, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

   Dated: October 31, 2024

   */s/ Richard A. Beshwate Jr.*
   RICHARD A. BESHWATE JR.
   Counsel for Patrick Kasper


   */s/ Arelis M. Clemente*
   ARELIS M. CLEMENTE
   Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00208-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PATRICK KASPER, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for November 13, 2024, at 1:00 p.m. is hereby continued to **January 22, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through January 22, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **October 31, 2024**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE