PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. PATRICK KASPER, Defendant. | Case No. 1:23-CR-00208-NODJ-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE: AND ORDER**<br><br>Date; April 9, 2025<br>Time: 1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |
|---|---|

IT IS HEREBY STIPULATED between the parties that the status conference set for January 22, 2025, at 1:00 p.m. can be continued to April 9, 2025, at 1:00 p.m. The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations. The parties agree that time shall be excluded through April 9, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: January 10, 2025

                                              */s/ Richard A. Beshwate Jr.*
                                              RICHARD A. BESHWATE JR.
                                              Counsel for Patrick Kasper


                                              */s/ Arelis M. Clemente*
                                              ARELIS M. CLEMENTE
                                              Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00208-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PATRICK KASPER, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for January 22, 2025, at 1:00 p.m. is hereby continued to **April 9, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The parties have failed to explain in their status report when they will be ready to set a trial date. Accordingly, the parties shall appear at the April 9, 2025 status conference at 1:00 p.m., for the purpose of picking a trial date. Counsel are directed to meet and confer and select a mutually convenient date for trial to be discussed at the next hearing date. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through April 9, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **January 13, 2025**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE