MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK KASPER, <br><br> Defendant. | Case No. 1:23-CR-00208-NODJ-BAM <br><br> **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING: AND ORDER** <br><br> Date; April 21, 2025 <br> Time: 8:30 a.m. <br> Judge: TBD |

   IT IS HEREBY STIPULATED by and between the parties that the status conference currently scheduled for April 9, 2025, at 1:00 p.m. can be vacated and a change-of-plea hearing can be scheduled for April 21, 2025, at 8:30 a.m., before the NODJ.  The parties have reached a resolution and will be filing a plea agreement shortly.  The parties agree that time shall be excluded through April 21, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).  Therefore, the parties request that the Court vacate the April 9, 2025, at 1:00 p.m. status conference and set a change-of-plea hearing on April 21, 2025, at 8:30 a.m.

///

///

///

///

Dated: March 18, 2025

                                                                   */s/ Richard A. Beshwate Jr.*
                                                                   RICHARD A. BESHWATE JR.
                                                                   Counsel for Patrick Kasper


                                                                   */s/ Arelis M. Clemente*
                                                                   ARELIS M. CLEMENTE
                                                                   Assistant United States Attorney


## O R D E R

Upon the parties' stipulation, and for good cause shown, the status conference currently scheduled for April 9, 2025, at 1:00 p.m. is vacated and a change-of-plea hearing is hereby set for **April 21, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Further, time shall be excluded through April 21, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

    Dated:  **March 18, 2025**                              /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE