ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00208-TLN-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING: ORDER** |
| v. | Date; September 22, 2025<br>Time: 9:30 a.m. |
| PATRICK KASPER, | Judge: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the sentencing hearing set for August 25, 2025, at 9:30 a.m. can be continued to September 22, 2025, at 9:30 a.m. Defense counsel requires additional time to conduct investigation relevant to sentencing and the government does not object to the continuance.

Dated: August 19, 2025

                                          */s/ Richard A. Beshwate Jr.*
                                          RICHARD A. BESHWATE JR.
                                          Counsel for Patrick Kasper

                                          */s/ Arelis M. Clemente*
                                          ARELIS M. CLEMENTE
                                          Assistant United States Attorney

ERIC GRANT

1  United States Attorney
   ARELIS M. CLEMENTE
2  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
3  Fresno, CA 93721
   Telephone: (559) 497-4041
4  Facsimile: (559) 497-4099

5

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA           Case No. 1:23-CR-00208-TLN-BAM

12          Plaintiff,                 ORDER
        v.
13
    PATRICK KASPER,
14
            Defendant.
15

16

17     Upon the parties' stipulation and for good cause shown, the sentencing hearing currently

18  scheduled for August 25, 2025, at 9:30 a.m. is hereby continued to September 22, 2025, at 9:30

19  a.m., in Courtroom 5.

20     **IT IS SO ORDERED.**

21

22  DATED: August 19, 2025           _____
                                     Troy L. Nunley
23                                   Chief United States District Judge