RICHARD BESHWATE, SBN 179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK KASPER,<br><br>    Defendant. | Case No. 1:23-CR-00208-TLN-BAM<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant PATRICK KASPER and , Assistant U.S. Attorney ARELIS CLEMENTE for the Plaintiff, that the hearing currently scheduled for September 22, 2025, at 9:030 a.m. shall be continued until November 3, 2025, at 10:00 a.m.

    The defense needs additional time to prepare for the sentencing hearing, specifically Mr. Kasper 's mother is receiving medical treatment, and more time is needed to gather relevant information to present to the court in support of Mr. Kasper. The parties agree that good cause exists for the continuance. The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated:  September 12, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　\s\ Richard A. Beshwate
　　　　　　　　　　　　　　　　　　　　RICHARD BESHWATE
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　PATRICK KASPER

Dated: September 12, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　\s\Arelis Clemente
　　　　　　　　　　　　　　　　　　　　Arelis Clemente
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## ORDER

The Sentencing hearing as to the above-named defendant currently scheduled for September 22, 2025, at 9:30 a.m., is continued until November 3, 2025, at 10:00 a.m., in Courtroom 5 before District Judge Dale A. Drozd.

**IT IS SO ORDERED.**

Dated: September 15, 2025　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge