RICHARD BESHWATE, SBN   179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PATRICK KASPER,

    Defendant.

**Case No.   1:23-CR-00208-TLN-BAM**

STIPULATION AND ORDER TO CONTINUE
SENTENCING HEARING

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant PATRICK KASPER, and Assistant U.S. Attorney ARELIS CLEMENTE for the Plaintiff, that the hearing currently scheduled for September 22, 2025, at 9:30 a.m. shall be continued until November 17, 2025, at 9:30 a.m.

  The defense needs additional time to prepare for the sentencing hearing, specifically Mr. Kasper 's mother is receiving medical treatment, and more time is needed to gather relevant information to present to the court in support of Mr. Kasper. The parties agree that good cause exists for the continuance. The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial.   18 U.S.C. §3161(h)(7)(A).

Dated:   September 12, 2025      Respectfully submitted,

            \s\ Richard A. Beshwate
            RICHARD BESHWATE
            Attorney for Defendant,
            PATRICK KASPER

1

Dated: September 12, 2025                          Respectfully submitted,

2

3                                                   \s\Arelis Clemente
                                                    Arelis Clemente
4                                                   Assistant U.S. Attorney

5

6

7

8                                        **ORDER**

9

10      The Sentencing hearing as to the above-named defendant currently scheduled for September 22,

11  2025, at 9:30 a.m., is continued until November 17, 2025, at 9:30 a.m., in Courtroom 5 before District Judge

    Troy L. Nunley.
12

13

    **IT IS SO ORDERED.**
14
    Dated: September 15, 2025
15                                                  _____
                                                    Troy L. Nunley
16                                                  Chief United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28