1  RICHARD BESHWATE, SBN  179782
   Attorney at Law
2  1330 L Street, Suite D
   Fresno, CA 93721
3  (559) 266-5000

4

5              UNITED STATES DISTRICT COURT

6         FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8
                                    **Case No.  1:23-CR-00208-TLN-BAM**
9

10 UNITED STATES OF AMERICA,
                                    STIPULATION AND ORDER TO
11         Plaintiff,                CONTINUE SENTENCING HEARING

12
        v.
13

14 PATRICK KASPER,

15         Defendant.

16

17     IT IS HEREBY STIPULATED by and between the parties hereto

18 through their respective counsel, RICHARD BESHWATE, JR, attorney

19 for Defendant PATRICK KASPER and , Assistant U.S. Attorney ARELIS

20 CLEMENTE for the Plaintiff, that the hearing currently scheduled

21 for November 17, 2025, at 9:00 a.m. shall be continued until

22 January 12, 2025, at 9:00 a.m.

23     The defense needs additional time to prepare for the

24 sentencing hearing, specifically due to his Father's recent

25 passing and his Mother's medical treatment, more time is needed

26 to gather relevant information to present to the court in support

27 of Mr. Kasper. The parties agree that good cause exists for the

28 continuance. The parties stipulate and agree that the interests

1  of justice are served by granting this continuance and outweigh
2  the best interests of the public and the defendant in a speedy
3  trial.   18 U.S.C. §3161(h)(7)(A).

5  Dated:  November 11, 2025

7       Respectfully submitted,

8
9                                    \s\ Richard A. Beshwate
                                     RICHARD BESHWATE
                                     Attorney for Defendant,
10                                   PATRICK KASPER

13  Dated: November 11, 2025

15       Respectfully submitted,

16
                                     \s\Arelis Clemente
17                                   Arelis Clemente
                                     Assistant U.S. Attorney

**ORDER**

The Sentencing hearing as to the above-named defendant currently scheduled for November 17, 2025, at 9:30 a.m., is continued until **January 12, 2026, at 9:30 a.m., in Courtroom 5 before Chief District Judge Troy L. Nunley.**

**IT IS SO ORDERED.**

Dated: November 12, 2025

Troy L. Nunley
Chief United States District Judge