RICHARD BESHWATE, SBN  179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>PATRICK KASPER,<br><br>       Defendant. | **Case No.  1:23-CR-00208-TLN-BAM**<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant PATRICK KASPER and, Assistant U.S. Attorney ARELIS CLEMENTE for the Plaintiff, that the hearing currently scheduled for January 12, 2025, at 9:00 a.m. shall be continued until, April 6, 2026 at 10:00 a.m.

   The defense needs additional time to prepare for the sentencing hearing, as additional time is needed to gather relevant information in support of Mr. Kasper. Specifically, with the passing of his father and sister, and his mother receiving medical treatment, it has been difficult obtaining all relevant information necessary under Sec. 3553(a) factors. Additionally,

defense counsel has been fighting "the Flu" that has also created a need for additional time to present all relevant factors. The parties agree that good cause exists for the continuance. The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: January 6, 2026

    Respectfully submitted,

    \s\ Richard A. Beshwate
RICHARD BESHWATE
Attorney for Defendant,
PATRICK KASPER

Dated: January 6, 2026

    Respectfully submitted,

    \s\Arelis Clemente
Arelis Clemente
Assistant U.S. Attorney

**ORDER**

The Sentencing hearing as to the above-named defendant currently scheduled for January 12, 2025, at 9:30 a.m. shall be continued until, **April 6, 2026, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.**

**IT IS SO ORDERED.**

Dated: January 09, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE